## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                    CASE NO. 14-32512-BKC-RBR
                                                         CHAPTER 13

STEPHANIE ELIE

_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE
## AND CERTIFICATE OF SERVICE OF COURT-GENERATED NOTICE OF HEARING
## UPON FILING OF INSTANT MOTION

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6-1 | Ally Financial serviced by Ally Servicing LLC | $75.00 | The creditor filed a priority claim in the amount of $75.00.  The Debtor asserts that this automobile loan has been paid in full. Sustain Objection and strike claim in its entirety. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE *AND COMPLIANCE*
## *WITH LOCAL RULES 3015-3(A)(1) AND  9073-1(D)*

I hereby certify that a copy of this Objection and the Notice of Hearing Generated by the Court upon filing of instant motion will be served pursuant to Bankruptcy Rule 7004 on the Chapter 13 trustee and the following affected parties in the manner described below on this 15th day of January, 2015 and that I have conferred with opposing counsel in an

LF-70 (rev. 12/01/09)

attempt to resolve these issues before requesting this hearing:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Served Upon:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**Via US Mail:**
Ally Financial LLC
POB 130424
Roseville, MN 55113
ATTN: Sesha Pande, Bankruptcy Agent

Dated:  January 15, 2015                    LAW OFFICES OF MICHAEL H. JOHNSON
                                            Attorneys for Debtor(s)
                                            3601 W. Commercial Blvd., Suite 31
                                            Ft. Lauderdale, FL 33309
                                            (954) 535-1131

                                            By:  /s/ Michael H. Johnson
                                                Michael H. Johnson
                                                Florida Bar No. 0149543

LF-70 (rev. 12/01/09)