**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO.: 14-30770-RBR** |
| **Agustin Gonzalez** | **CHAPTER 13** |
| **XXX-XX-7497** | |
| **Judy Gonzalez** | |
| **XXX-XX-4714** | |

_____**Debtor**_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

**CLAIM # 4 FILED BY SUNTRUST MORTGAGE, INC., in that the collateral does not belong to debtor and that name and case number on proof of claim do not mach the case it was filed on, therefore the claim should be stricken and disallowed from the claims register.**

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 1/16/2015

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

_____/s/  (FILED CM/ECF)_____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

LF-70 (rev. 06/02/08)