UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                      Case No.: 14-24349-RBR

Otto Batista,                                               Chapter 13

Debtor.
_____/

## OBJECTION TO CLAIM #20-1 FILED BY BANK OF AMERICA, N.A. ON SHORTENED NOTICE AND CERTIFICATE OF SERVICE OF THE COURT GENERATED NOTICE OF HEARING

### IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1 (B)(2), the debtors objects to the following claim filed in this case:

Claim # 20–1 filed by Bank of America, N. A. Creditor's arrearage claim is based upon an alleged escrow shortage for taxes. Debtor reimbursed Creditor for this alleged escrow shortage pre petition and, therefore, is current with Creditor's claim. Creditor's arrearage claim in the amount of $3,367.71 should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by first-class, U.S. mail, certified mail, or via the CM/ECF system of the United States Bankruptcy Court to: Robin R. Weiner, Standing Chapter 13 Trustee; the Office of the U.S. Trustee; Bank of America, N.A., c/o Scott Lewis, Esq., Albertelli Law, Attorneys for Bank of America, N.A., PO Box 23028, Tampa, FL 33623, and Otto A. Battista, 415 NE 25 Street, Wilton Manors, FL 33305, on this 13 day of January, 2015.

**BARRY S. MITTELBERG, P.A.**
1700 N. University Drive, #300
Coral Springs, FL 33071
(954) 752-1213
(954) 752-5299 fax
email: steve@mittelberglaw.com

By: _____
Stephen M. Weinstein, Esq.
Florida Bar No.: 740896

**I HEREBY CERTIFY** that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910 (d) (1) & (2).